

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00347-CV

**IN THE INTEREST OF L.J.G., S.A.M., AND A.C.F.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00420
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's May 3, 2019 order terminating appellant Dad's parental rights, Appellant's brief was due to be filed with this court on July 3, 2019. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant B.G. filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant B.G.'s brief is due on July 23, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court